# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3555
_____

ANNA DENNARD SAVAGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, Archie F. Gardner, Assistant Public Defender, Allen L. Beard, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Sharon Traxler, Assistant Attorney General, Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.